UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL MARTIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:16-cv-02347-TWP-MPB |
| | ) |
| SPEEDWAY LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND ORDER DENYING MOTION TO WITHDRAW AS MOOT**

On December 9, 2016, the Magistrate Judge submitted his Report and Recommendation which recommended dismissal of this action. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This matter is **DISMISSED WITHOUT PREJUDICE**. A final judgment shall issue.

Additionally, Attorney John Seib's Motion for Withdrawal of Counsel (Dkt. 14) is **DENIED AS MOOT.** Attorney Seib is ordered to provide plaintiff with a copy of this Order and the Judgment.

Date: 1/12/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John P. Seib
10566 Greenway Drive
Fishers, IN 46037

Thomas L. Davis
FROST BROWN TODD LLC
tdavis@fbtlaw.com